UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE MEDRANO,<br><br>Defendant. | CASE NO.:   21CR2963-JLS<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing,  IT IS HEREBY ORDERED that Mr. Medrano's motion hearing and trial setting hearing currently set for November 19, 2021 be continued to December 17, 2021 at 1:30 p.m. It is further ordered that time be excluded under the Speedy Trial Act due to pending motions. See, 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  November 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge